UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRED CHISOM,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. MEYERS,<br><br>    Defendant. | Case No.  C04-5583RJB<br><br>ORDER TO AMEND |

  This case has been re-referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  The court has instructed that plaintiff may be able to name a proper defendant.  (Dkt. # 39).

  Plaintiff will be given 60 days to file an amended complaint that names a proper defendant.  Plaintiff is reminded to provide a copy for service and a filed out United States Marshals Service form for the new defendant.

  If amendment does not name a proper defendant, or does not provide the information needed to attempt service on the defendant this court will recommend dismissal of this action for failure to prosecute.  The clerk is directed to send a copy of this Order to plaintiff and to not this matter for 60 days from today.

  DATED this 20th day of October 2005.

                    *Karen L. Strombom*
                    Karen L. Strombom
                    United States Magistrate Judge

ORDER
Page - 1