UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRED CHISOM,

    Plaintiff,

  v.

DR. MEYERS, *et al.*,

    Defendants.

Case No. C04-5583RJB

ORDER DENYING PLAINTIFF'S MOTION FOR EMERGENCY RELIEF

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A), 636(b)(1)(B), and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. The plaintiff has been granted leave to proceed *in forma pauperis*. (Dkt. # 23). Before the court is plaintiff's motion for emergency relief. (Dkt. # 59). The motion is **DENIED**.

    Although Plaintiff's motion is entitled an "emergency motion," the text of the motion contains a variety of unrelated statements. In addition, Plaintiff asks Defendant Carter to "examine the records which are in your office" and then requests "the Courts to rule in favor of this matter." Plaintiff has included in the caption of his filing a request for a "subpoena court record for the trial immediately," although there is no trial date pending in this matter.

ORDER - 1

The exact purpose and nature of Plaintiff's filing and the relief he seeks is unclear. Accordingly, the motion (Dkt. # 59) is **DENIED**.

Plaintiff has also filed various papers entitled "Objections" (Dkt. # 64 and # 65), which have been docketed but not noted. The court will not consider these filings. Plaintiff is directed to CR 7, Local Rules W.D. Wash., which sets out the pleadings allowed and the form and scheduling of motions.

DATED this 9th day of May, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2