UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRED CHISOM,

        Plaintiff,

   v.

ESTATE OF DOCTOR MYERS and SANDRA CARTER,

        Defendant.

Case No. C04-5583RJB

ORDER

     This matter comes before the court on the plaintiff's Motion to Appoint Counsel (Dkt. 79), Motion to Testify (Dkt. 80), Motion to Vacate Brief Prosecution Misconduct (Dkt. 81), and Emergency Motion for Review (Dkt. 82). The court has reviewed the motions, the response, and the file herein.

## I. BACKGROUND AND DISCUSSION

     On August 23, 2006, the court adopted the Report and Recommendation and dismissed Mr. Chisom's claims stemming from dental care he received while in custody at the Clallam Bar Corrections Center. Dkt. 77.

     After judgment was entered, Mr. Chisom filed several motions. First, he moved for appointment of counsel on the grounds that he did not have adequate legal access. The response contends that this

ORDER
Page 1

motion is moot with respect to the appointment of counsel for appearances before this court and premature with respect to an appeal before the Ninth Circuit. Dkt. 83. Because a final judgment has been entered in this case, there is no basis for appointing counsel to appear for Mr. Chisom, and the motion should be denied.

Second, Mr. Chisom moves for the opportunity to testify before this court. Dkt. 80. He submits that he would testify that a root canal can be performed in one procedure, that he was scheduled for a root canal when he saw Dr. Meyers, that he filed an emergency grievance, and that Dr. Meyers did not have permission to perform work on his other teeth. *Id.* Even if Mr. Chisom were able to establish these allegations through oral testimony, they do not undermine the court's holding that Mr. Chisom failed to exhaust his administrative remedies and that he failed to establish deliberate indifference. Moreover, the motion is timely as judgment has already been entered. This motion should be denied.

Third, Mr. Chisom moves to vacate brief prosecution misconduct. Dkt. 81. Mr. Chisom contends that there are inconsistencies in the briefs and that the defendants are aware of such inconsistencies. *Id.* To the extent that Mr. Chisom is moving for reconsideration, the motion fails to comply with Local Rule CR 7(h). Specifically, Mr. Chisom fails to demonstrate manifest error or to allege new facts or legal authority that could not have been brought to the court's attention earlier with reasonable diligence. The motion should therefore be denied.

Finally, Mr. Chisom moves for emergency review and requests that the court "reprimand the Dr. for prosecutorial misconduct." *See* Dkt. 82 at 3. The basis for this motion is unclear. Mr. Chisom disputes several factual allegations in the defendants' motions for summary judgment. Mr. Chisom had a full and fair opportunity to contest these allegations in his response. To the extent that Mr. Chisom seeks sanctions for alleged misstatements of the facts, Mr. Chisom fails to properly move for such relief. The motion should therefore be denied.

## II. ORDER

Therefore, it is hereby

**ORDERED** that the plaintiff's Motion to Appoint Counsel (Dkt. 79), Motion to Testify (Dkt. 80), Motion to Vacate Brief Prosecution Misconduct (Dkt. 81), and Emergency Motion for Review (Dkt. 82) are **DENIED**.

1   The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of
2   record and to any party appearing *pro se* at said party's last known address.
3   DATED this 18th day of September, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page 3